UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANIEL MORALES,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>ARROW TRUCK SALES INCORPORATED; TRAVELERS CASUALTY AND SURETY COMPANY OFAMERICA; and DOES 1 through 20 inclusive,<br><br>　　　　　Defendants. | Case No. 1:25-cv-00588-JLT-EPG<br><br>ORDER RE: VOLUNTARY DISMISSAL PURUSANT TO RULE 41(a)(1)(A)(ii) WITH PREJUDICE<br><br>(ECF No. 33). |

On May 21, 2026, the parties filed a joint stipulation to voluntarily dismiss this case pursuant to Rule 41(a)(1)(A)(ii). (ECF No. 33). The stipulation provides the following:

Plaintiff, DANIEL MORALES, and Defendants, ARROW TRUCK SALES INCORPORATED and TRAVELERS CASUALTY AND SURETY COMPANY OF AMERICA, by and through their respective counsel of record, hereby stipulate pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) that the above-entitled action shall be dismissed with prejudice in its entirety. Each party shall bear its own attorneys' fees and costs.

(*Id.*)

\\\

\\\

\\\

\\\

\\\

1

In light of the parties' stipulation, this action has been terminated, Fed. R. Civ. P. 41(a)(1)(A)(ii), and has been dismissed with prejudice. Each party shall bear its own attorneys' fees and costs.

IT IS SO ORDERED.

Dated:    **May 22, 2026**                    /s/ _Erica P. Grosjean_
                                                    UNITED STATES MAGISTRATE JUDGE